# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Isicoff, Laurel M. | S.D. Florida- Bankruptcy | 06/05/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge- Active | ☐ Nomination ___ Date<br>☐ Initial   ☑ Annual   ☐ Final<br>**5b.** ☑ Amended Report | 01/01/2017<br>**to**<br>12/31/2017 |

**7. Chambers or Office Address**

301 North Miami Avenue
Room 817
Miami, FL 33128

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Chair | American College of Bankruptcy- Judicial Outreach Committee |
| 2. | Judicial Director | University of Miami Law Alumni Association |
| 3. | Judicial Co-Chair | The Florida Bar Law Section Pro Bono Committee |
| 4. | Director | American Bankruptcy Institute |
| 5. | Judicial Co-Chair | American Bar Association- Business Bankruptcy Committee: Administration and Courts Subcommittee |
| 6. | Director at Large | National Conference of Bankruptcy Judges |
| 7. | Co-President | Banard College, Class of 1978 |
| 8. | Manager | ▨ |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | _____.- Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | The Florida Bar | 1/24/2017-1/26/2017 | Orlando, Florida | Midyear Meeting- attend meetings | travel, food and lodging |
| 2. | American Bankruptcy Institute | 2/9/2017-2/12/2017 | Grand Cayman, British West Indies | Annual Caribbean Insolvency Conference- Panelist | travel, food and lodging |
| 3. | American Bankruptcy Institute/ St. John's School of Law | 3/5/2017-3/7/2017 | New York, New York | Duberstien Bankruptcy Competition- Judging | Travel and food |
| 4. | American Bar Association | 4/6/2017-4/8/2017 | New Orleans, Louisiana | Spring Meeting- Panelist | travel, food and lodging |
| 5. | American Bankruptcy Institute | 4/19/2017=4/21/2017 | Washington, D.C. | Annual Meeting- attend meetings | travel, food and lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Isicoff, Laurel M. | 06/05/2019 |

| | | | | |
|---|---|---|---|---|
| 6. | Bankruptcy Bar Association of the Southern District of Florida | 5/11/2017-5/12/2017 | Bonita Springs, Florida | Annual Retreat and Seminar | Food and Lodging |
| 7. | The Florida Bar | 6/22/2017-6/23/2017 | Boca Raton, Florida | Annual meeting of the Florida Bar- Speaker and attend meetings | travel, food and lodging |
| 8. | National Conference of Bankruptcy Judges | 10/8/2017-10/11/2017 | Las Vegas, Nevada | Annual meeting- attend meetings | lodging (2 nights) |
| 9. | American Bar Association | 10/8/2017-10/11/2017 | Las Vegas, Nevada | Fall meeting- speaker and attend meetings | travel, food and lodging (1 night) |
| 10. | The Florida Bar | 11/1/2017-11/2/2017 | Tampa, Florida | View From the Bench | travel, food and lodging |
| 11. | American Bankruptcy Institute | 11/29/2017-12/3/2017 | Palm Springs, California | Winter Leadership Conference- panelist and attend meetings | travel, food and lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Isicoff, Laurel M. | 06/05/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Isicoff, Laurel M. | 06/05/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  ░░░░░ Cash Accounts | A | Interest | M | T | | | | | |
| 2.  ░░░░░ . Common Stock | | None | P1 | W | | | | | |
| 3.  Brokerage Ten Ent. (H) (4-18) | | | | | | | | | |
| 4.  Johnson & Johnson- JNJ | A | Dividend | J | T | | | | | |
| 5.  ░░ ACTIVE ASSETTS TAX FREE STRUST (Y) | | | | | | | | | |
| 6.  ishares Barclays 1-3 Year Treasury Bond Fund- shy | A | Int./Div. | K | T | | | | | |
| 7.  ISHARES IBOXX INVEST GR COR BD- LQD | B | Int./Div. | K | T | | | | | |
| 8.  ISHARES MSCIEAFE ETF- EFA | A | Int./Div. | K | T | | | | | |
| 9.  ISHARES NAT MUN BN ETF- MUB | A | Int./Div. | K | T | | | | | |
| 10.  ISHARES RUSSELL 1000 GRTH ETF- IWF | A | Int./Div. | L | T | | | | | |
| 11.  ISHARES RUSSELL 1000 VALUE ETF- IWD | B | Int./Div. | L | T | | | | | |
| 12.  ISHARES RUSSELL 2000 GRWTH ETF- IWO | A | Int./Div. | J | T | | | | | |
| 13.  ISHARES RUSSELL 2000 VALUE ETF- IWN | A | Int./Div. | J | T | | | | | |
| 14.  ISHARES RUSSELL MIDCAP VL ETF- IWS | A | Int./Div. | K | T | | | | | |
| 15.  ISHARES SHORT TERM NAT MUN BND ETF- SUB | A | Int./Div. | L | T | | | | | |
| 16.  ISHARES S&P US PFD STK IDX FD- PFF | B | Int./Div. | K | T | | | | | |
| 17.  ISHARES SHORT TERM TREASURY BOND ETF- SHV | A | Int./Div. | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Isicoff, Laurel M. | 06/05/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. CASH- ▓▓▓▓▓▓ | A | Interest | J | T | | | | | |
| 19. IRA #1 (H) (20-21) | | | | | | | | | |
| 20. CASH- ▓▓▓▓▓▓ | A | Interest | J | T | | | | | |
| 21. DAVIS NEW YORK VENTURE A | A | Interest | J | T | | | | | |
| 22. IRA #2 (H) (23-24) | | | | | | | | | |
| 23. CASH- ▓▓▓▓▓▓ | A | Interest | J | T | | | | | |
| 24. DAVIS NEW YORK VENTURE A | A | Int./Div. | L | T | | | | | |
| 25. ▓▓▓▓▓▓ CASH ACCOUNT | | None | K | T | | | | | |
| 26. ▓▓▓▓▓▓ | A | Int./Div. | J | U | | | | | |
| 27. | | | | | | | | | |
| 28. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII:

-Line 5: This asset was a money market used to make purchases on 7/21/2016. There was no value as of 12/31/2016 so it should have been removed on last years report.

-In order to have better clarity on the assets the titling, the following titles have been changed from the previous 2016 Amended report to this report. The underlying assets have not changed on these.

- line 6 "ishares barclays 1-3 Year Treasury Bond Fund- SHY". Previously listed on line 8 as "I Shares Barclays Fund"
- line 8 "ISHARES MSCI EAFE ETF- EFA". Previously listed on line 10 as "I SHARES TR MSCI INDEX FUND"
- line 10 "ISHARES RUSSELL 1000 GRTH ETF- IWF". Previously listed on line 13 as "I SHARES RUSSELL INDEX FUND #4"
- line 11 "ISHARES RUSSELL 1000 VALUE ETF- IWD". Previously listed on line 12 as "I SHARES RUSSELL INDEX FUND #3"
- line 12 "ISHARES RUSSELL 2000 GRTH ETF- IWO". Previously listed on line 14 as "I SHARES RUSSELL INDEX FUND #5"
- line 13 "ISHARES RUSSELL 2000 VALUE ETF- IWN". Previously listed on line 15 as "I SHARES RUSSELL INDEX FUND #6"
- line 14 "ISHARES RUSSELL MIDCAP VL ETF- IWS". Previously listed on line 11 as "I SHARES RUSSELL INDEX FUND #1"
- line 15 "ISAHRES SHORT TERM NAT MUN BND ETF- SUB". Previously listed on line 19 as "I SHARES S TREAS"
- line 16 "ISHARES S&P US PFD STK IDX FD- PFF". Previously listed on line 18 as "I SHARES S&P"
- line 17 "ISHARES SHORT TERM TREASURY BOND ETF- SHV". Previously listed on line 17 as "I SHARES S TRM"

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Laurel M. Isicoff**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544